IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **OMAHA STEAKS INTERNATIONAL, INC.,** | CASE NO. 8:04CV205 |
| **Plaintiff,** | |
| v. | ORDER OF DISMISSAL |
| **HUISKEN MEAT COMPANY OF SAUK RAPIDS, INC., WAL-MART STORES, INC. and DOES 1 through 10,** | |
| **Defendants.** | |

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Filing No. 26). The Court finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1) The Stipulation of Dismissal (Filing No. 26) is approved and the relief sought therein is granted;

2) This action, including all claims and all counterclaims, is dismissed with prejudice; and

3) Each party shall pay its own costs and attorney's fee.

DATED this 22nd day of April, 2005.

BY THE COURT

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge